### Marcus Fisher v. The State

No. 4665.  Decided October 31, 1917.

**Murder—Statement of Facts—Bills of Exception—Newly Discovered Evidence.**

In the absence of a statement of facts and bills of exception, an allegation in the motion for new trial on newly discovered testimony can not be considered on appeal.

Appeal from the District Court of Fort Bend.  Tried below before the Hon. Sam'l J. Styles.

Appeal from a conviction of murder; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of murder, his punishment assessed at ten years confinement in the penitentiary.

The record is without statement of facts as well as without bills of exception.  So far as we can ascertain from the record there was no error committed.  The motion for new trial sets up the fact that there was newly discovered testimony.  It is unnecessary to undertake to discuss that question without the evidence.

The judgment is affirmed.                              *Affirmed.*